## SHADDIX v. STATE.
### No. 22545.

Court of Criminal Appeals of Texas.
June 9, 1943.

Rehearing Denied June 25, 1943.

Alex P. Pope, of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon his plea of guilty, appellant was convicted of driving an automobile upon a public highway while intoxicated, and his punishment assessed at a fine of $50.

The record is before us without statement of facts or bills of exceptions. All matters of procedure appear regular.

The judgment of the trial court is affirmed.

## VOGEL v. STATE.
### No. 22549.

Court of Criminal Appeals of Texas.
June 9, 1943.

Parker & Powell, of Brownwood, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for possessing whisky in a container to which no stamp was affixed showing the payment of the tax due thereon to the State of Texas. The punishment assessed is confinement in the county jail for a period of sixty days.

The complaint and information appear sufficient to properly charge the offense. The record is before us without a statement of facts or bills of exception, in the absence of which no question has been presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.